# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Martin Ragsdale, <br><br> Plaintiff(s), <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant(s). | Case No. 20 cv 560 <br> Judge Joan B. Gottschall |

## ORDER

Status hearing set for 2/26/2020 at 9:30 AM in Courtroom 2325. Counsel are reminded that pursuant to LR 5.2(f), a stapled and/or bound paper copy of all electronically filed pleadings, including the notice of removal, must be delivered to the Judge's Deputy Clerk, Room (2332-A) within one business day of filing. Noncompliance with LR 5.2(f) will result in the imposition of a $200.00 fine payable to the Clerk of the Court, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. Parties are directed to discuss settlement and whether they consent to proceed before the Magistrate Judge. They are further directed to meet and confer regarding a proposed discovery plan. See Judge Gottschall's civil case management packet regarding pretrial case management procedures at: http://www.ilnd.uscourts.gov.

Date: 1/27/2020

/s/
JOAN B. GOTTSCHALL
United States District Judge